Christina J. O, #266845
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, California 92612
(949) 252-9400 Phone
(949) 252-1032 Fax

Attorney for Stonegate Mortgage Corporation,

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>Erik Morales and Gricelda Dolores Magallanes<br><br>　　　　　　Debtor, | Bankruptcy Case No. 17-11361<br><br>Chapter 7<br><br>**REQUEST FOR SPECIAL NOTICE**<br><br>(No Hearing Date Required) |

**PLEASE TAKE NOTICE** that Stonegate Mortgage Corporation, by and through attorneys of record, MALCOLM ♦ CISNEROS, a Law Corporation, requests, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, that all notices sent in this case and all papers and pleadings filed in this case be served upon the undersigned as follows:

　　　　　　MALCOLM ♦ CISNEROS, A Law Corporation
　　　　　　2112 Business Center Drive, Second Floor
　　　　　　Irvine, California 92612

DATED: April 27, 2017　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　MALCOLM ♦ CISNEROS, A Law Corporation

　　　　　　　　　　　　　　　　　　*/s/ Christina J. O*

　　　　　　　　　　　　　　　　　　Christina J. O
　　　　　　　　　　　　　　　　　　Attorney for Stonegate Mortgage Corporation

NOTICE OF APPEARANCE
VA/B17074

1